PROB 12A
(7/93)

# United States District Court

for

# District of New Jersey

# Report on Offender Under Supervision

Name of Offender: PATRICK CURCIONE                   Cr.: 03-00438-001 & 03-00260-001

Name of Sentencing Judicial Officer: Stanley R. Chesler, United States District Judge

Date of Original Sentence: 09/11/03

Original Offense: Bank Robbery (2 one-count Informations.), in violation of 18 U.S.C. § 2113(a)

Original Sentence: 12 months and 1 day BOP, concurrent, three (3) years supervised release. Special conditions include: Alcohol testing/treatment; substance abuse testing/treatment; Mental Health testing/treatment; Full financial disclosure; $200 special assessment penalty.

Type of Supervision: Supervised Release              Date Supervision Commenced: 08/13/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has failed to satisfy his joint and several restitution order in full prior to the expiration of his term of supervised release. The offender has paid a total of $9,350 during the course of his supervision. As of June 28, 2007, the total restitution balance in this case is $120,925.00. |

U.S. Probation Officer Action:

The probation office has monitored the offender's personal finances throughout the term of probation to ensure that he has paid his restitution as aggressively as his financial condition could sustain. An updated review of Curcione's income, assets, liabilities, and monthly expenses was completed just prior to the submission of this report, which reflected no notable changes in the offender's personal financial status. It is therefore recommended that this offender's probation term to terminate as scheduled. The Financial Litigation Unit of the U.S. Attorney's Office has agreed to pursue collection of any restitution that remains unpaid after his scheduled termination date.

Respectfully submitted,

By: Justine Peterson
U.S. Probation Officer
Date: 06/28/07

PROB 12A - Page 2
Patrick Curcione

*A Response is necessary so that additional action be taken as follows:*

[✓] Supervision to expire on August 12, 2007. The Financial Litigation Unit of the U.S. Attorney's Office to pursue collection of any unpaid balance.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

7/26/07
Date